**FILED**
July 27, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Aida Baeza_____
DEPUTY

## UNITED STATES DISTRICT COURT    western district of texas

Nancy Powers

Case No.            *P-26-cv-00056*

*Against*            *Complaint*

Joseph W. Belluck, Taa Grays, Fernando M. Camacho, Stefano Cambareri,

Brian C. Doyle,

John A. Falk, Robin Chappelle Golston, Nina M. Moore, Peter H. Moulton,

Marvin Ray Raskin,

Brian Gotlieb

Brain Gotlieb connected with certain high-ranking, aiming to replace the chief. An intervention is in need.

Nancy Powers

Nancy Powers
144 Statehouse Plaza, Little Rock,
AR 72280

DV DANIELS NJ   O7O

23 JUL 2026   PM 2   L


Freedom 250

FOREVER/USA

U.S. District Court Clerk's Office
2450 State Hwy. 118
Alpine, TX 79830


ALPINE

JUL 2 7 2024

SCREENED BY CSO


**RECEIVED**
July 27, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ **Yvette Lujan**
DEPUTY

79830-203739